**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LUIS CHIMBO CHIMA,

*Petitioner,*

v.

TODD BLANCHE et al.
*Respondents.*

Civ. No. 2:26-cv-07828-JXN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner Luis Chimbo Chima and Respondents, through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter is hereby voluntarily dismissed without prejudice . The parties each agree to bear their own costs, fees, and expenses.

Dated: October 1, 2026

Jacob Heric

**Jacob Heric, Special Assistant, U.S. Attorney**
DOJ- USAO 970 BROAD STREET 7TH
FLOOR NEWARK, NJ 07102 862-754-2199
Email: jacob.heric@usdoj.gov

Respectfully submitted,

Maribel J. Allen

**By Maribel J. Allen, Esq.**
**THE ALLEN LAW FIRM, LLC**
292 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 887-5739
Email: maribeljallen@theallenlawfirmnj.com
*Counsel for Petitioner*

**So ORDERED on 10/2/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**